UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NUMBER:7:11-CR-153-2BO

**FILED**

JAN - 8 2013



United States of America

vs.                                     ORDER

Alan Johnson

IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to <u>Agent Edwin Eubanks with Alcohol, Tobacco, Firearms and Explosive</u> and remain in his custody through the time of sentencing and any proceeding on appeal or review.

<u>Govt's Exhibit(s): # 53 - .38 Caliber Firearm</u>

This 8th day of January, 2013 - Exhibit received by:

_E.L. Eubanks_
Print name

_[signature]_
Sign name

January 8th, 2013

_[signature]_
TERRENCE W. BOYLE, US District Judge