UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:11-CR-153-2BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | O R D E R |
| v. | : | |
| | : | |
| ALAN JOHNSON | : | |

Upon good cause having been shown, the Court hereby ORDERS the United States Marshals Service to allow the following law enforcement agent to remove ALAN JOHNSON from the custody of the United States Marshals Service for the purpose of debriefing:

ATF SA Eddie Eubanks
Bureau of Alcohol, Tobacco, Firearms and Explosives(ATF)

It is further ORDERED that this agent contact the United States Marshal or his designee in advance to make appropriate arrangements for removal of the prisoner each time the prisoner is removed from the custody of the United States Marshal or his designee, and that the agent will also inform the United States Marshal or his designee of the precise location where the prisoner will be taken, as well as the estimated length of time said prisoner will remain at that location. This agent is to immediately inform the United States Marshal or his designee of any change in location.

During the handling and/or transportation of said prisoner, this agent is ORDERED to employ all physical security restraints as prescribed by pertinent United States Marshal Service regulations as set out in Chapter 8 of the United States Marshals Service Manual.

Furthermore, inasmuch as this agent is responsible for the security and well-being of said prisoner and of other parties concerned with therewith until the prisoner is returned to the United States Marshal or his designee, this agent are ORDERED to return the prisoner to the custody of the United States Marshals Service for safekeeping overnight, unless other arrangements have specifically been permitted by the Court.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

DATE: 10-22-15